UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 14-CV-24894-WILLIAMS

TATIANA RIBEIRO,

    Plaintiff,

vs.

OMAR SEAFOOD CORP., d/b/a
OMAR SEAFOOD, and
OMAR VILLAR,

    Defendants.
_____/

## ORDER DISMISSING AND CLOSING CASE

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal With Prejudice [D.E. 18]. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is ORDERED and ADJUDGED that this action is DISMISSED WITH PREJUDICE, including all claims that could have been raised in this action, with each party to bear its own attorneys' fees and costs. The Clerk is directed to CLOSE this case.

DONE AND ORDERED in Chambers in Miami, Florida, this 7th day of April, 2015.

                                              KATHLEEN M. WILLIAMS
                                              UNITED STATES DISTRICT JUDGE